STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:17-MJ-00686-CWH |
| Plaintiff, | **UNOPPOSED MOTION TO UNSEAL SEARCH WARRANT** |
| v. | |
| JACK HENRY LEFTLEY, | |
| Defendant. | |

**CERTIFICATION: This Motion is timely filed.**

The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrants that were issued as part of the investigation in this case. The parties are seeking to unseal the warrants so that both parties can have complete copies of the warrants.

The case number of the search and seizure warrants the parties are seeking to unseal are: 2:17-mj-00660-VCF and 2:17-mj-00687-CWH.

The warrant filed in case 2:17-mj-00660-VCF, which was filed on June 19, 2017, is captioned: "In the matter of the search of 3150 South Nellis Boulevard apartment 2136 City of Las Vegas, County of Clark, State of Nevada." The warrant filed in case 2:17-mj-00687-CWH, which was filed on June 30, 2017, is captioned: "In the matter of the search of 3150 South Nellis Boulevard apartment 2136 City of Las Vegas County of Clark, State of Nevada."

**DATED** this __12th__ day of __September__, 2017.

Respectfully,

STEVEN W. MYHRE
Acting United States Attorney

//s//
_____
CHRISTOPHER BURTON
Assistant United States Attorney

For the Defense:

//s//
_____
REBECCA LEVY
Attorney for JACK HENRY LEFTLEY

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

9/14/2017
_____
Date